UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**11 CIV. 3024**

Doroteo Polanco
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Tiano's Construction, Corp., Mitroni Plasterers Co. Inc., Tiano's Construction Mitroni Cesare General Partnership, GBI-Alasia Contracting Corp, Pythagoras General Contracting Corp, Safeco Insurance Company of North America, Lumbermens Mutual Casualty Company, ST. Paul Mercury Insurance Company and Lloyd Ambinder (former Attorney for the Plaintiff) SEE ATTACHED

**COMPLAINT**

Jury Trial:  ☑ Yes   ☐ No
(check one)

LL SE

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

RECEIVED
APR 28 2011
PRO SE OFFICE

I.   **Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name  Doroteo Polanco
Street Address  1939 Grand Concourse Apt 1K
County, City  Bronx, Bronx
State & Zip Code  New York 10453
Telephone Number  (646) 387-1915

B.   List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

*Rev. 05/2010*

Defendants

1. TIANO'S CONSTRUCTION, CORP.,
2. MITRANI PLASTERERS CO. INC,
3. TIANO'S CONSTRUCTION MITRANI CESARE GENERAL PARTNERSHIP, LOCATED AT 620 MOTAUK HWY, SHIRLEY, NY 11967
4. GBE ALASIA CONTRACTING CORP,
5. PYTHAGORAS GENERAL CONTRACTING CORP,
6. SAFECO INSURANCE COMPANY OF NORTH AMERICA,
7. LUMBERMENS MUTUAL CASUALTY COMPANY,
8. ST. PAUL MERCURY INSURANCE COMPANY,
9. LLOYD AMBINDER (former attorney for the plaintiffs) ADDRESSED AT 111 BROADWAY – SUITE 1403, NEW YORK, NY 10006

CONTINUATION SHEET

Plaintiff 1       Name _____Jose Delio Munoz_____
                  Street Address 1032 Ogden Avenue Apt 3
                  County, City ___Bronx, Bronx___
                  State & Zip Code New York 10452
                  Telephone Number (718) 590-5405

Plaintiff 2       Name _____Andres Gonzales_____
                  Street Address 10 Richmond Plaza Apt 9G
                  County, City ___Bronx, Bronx___
                  State & Zip Code NY 10453
                  Telephone Number (718) 590-5405

Plaintiff 3       Name _____Doroteo Polanco_____
                  Street Address 1939 Grand Concourse Apt 1K
                  County, City ___Bronx, Bronx___
                  State & Zip Code NY 10453
                  Telephone Number (646) 387-1915

Plaintiff 4       Name _____Danilo Villa_____
                  Street Address P.O. Box 512
                  County, City ___Bronx, Bronx___
                  State & Zip Code NY 10455
                  Street Address 760 Hewitt PL 2FLR
                  County, City Bronx, Bronx
                  State & Zip Code NY 10455
                  Telephone Number (718) 781-5052

Defendant No. 1    Name  Lloyd Ambinder
                   Street Address _____
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

Defendant No. 2    Name  Pythagoras General Contracting Corp.
                   Street Address  8-67 Astoria Blvd
                   County, City  Long Island City - NY
                   State & Zip Code  11102
                   Telephone Number _____

Defendant No. 3    Name  Tiano's Construction Corp. Mitrani Plasterers Co. Inc
                   Street Address  Mitrani Cesare Gear
                   County, City  620 Montauk Hwy Shirley
                   State & Zip Code  NY 11967
                   Telephone Number _____

Defendant No. 4    Name  Lumbermens Mutual Casualty Company
                   Street Address  26 Columbia turnpike · Northe
                   County, City  Entrance Florham - Park
                   State & Zip Code  New Jersey 07932
                   Telephone Number _____

## II.   Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction?  *(check all that apply)*

   ☐ Federal Questions            ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____
_____
_____

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

   Plaintiff(s) state(s) of citizenship _____
   Defendant(s) state(s) of citizenship _____
_____

*Rev. 05/2010*

III. **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? _Various locations in New York_

B. What date and approximate time did the events giving rise to your claim(s) occur? _____

C. Facts: _I worked many years for the companies before mentioned. I worked 12 hrs daily but only got paid for seven. I was never paid for vacations or received any labor benefits or insurance. I'm also filing a lawsuit against my previous attorney Lloyd Ambinder, ESQ for abandoning the case and leaving me without representation._

[What happened to you? / Who did what?]

[Was anyone else involved?]

[Who else saw what happened?] _Jose Delio Muñoz, Danilo Villa and Andres Gonzales_

IV. **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _None_

Rev. 05/2010

V.    **Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. All I ask is to be compensated for all the hours I worked and was not paid for. I was upset at the Judge's Dismissal of the case without hearing the witness's testimony nor letting the Jury make their decision - I hope Justice can reign this time.

I declare under penalty of perjury that the foregoing is true and correct.
Signed this 26th day of April, 2011.

Signature of Plaintiff  DOROTEO LANCO
Mailing Address  1939 Grand Concourse Apt 1K
Bronx, NY 10453

Telephone Number  (646) 387-1915
Fax Number *(if you have one)*

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____
Inmate Number _____

*Rev. 05/2010*

```
     CMD: AP028              NWYK - Case Inquiry        Trial appearances

603101/2001         ARAUJO, TEOFILO                TIANO'S CONSTRUCTION
2010L-00565         OTHER COMMERCIAL               GENERAL CASES
                    BRAUN, RICHARD                 DISPOSED         POST-NOTE


LAST - 04/01/2011                       23TR       IAS TRIAL READY 23
                                        BR         BRAUN, RICHARD
       STRIAL                           DISM       DISMISSED
       COMMENT1:   DEFS MOTNS TO DISM    COMMENT2: GRANTED DURING TRIAL

030  - 03/30/2011                       23TR       IAS TRIAL READY 23
                                        BR         BRAUN, RICHARD
       STRIAL                           OT         ON TRIAL
       COMMENT1:   09.30AM               COMMENT2: TRIAL DAY THREE

029  - 03/29/2011                       23TR       IAS TRIAL READY 23
                                        BR         BRAUN, RICHARD
       STRIAL                           OT         ON TRIAL
       COMMENT1:   2.15PM                COMMENT2  TRIAL DAY TWO
```