```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
DOROTEO POLANCO,

                    Plaintiff,
                                          11 Civ. 3024 (DAB)(HBP)
          v.                                ADOPTION OF REPORT
                                            AND RECOMMENDATION
TIANO'S CONSTRUCTION CORP.,
ET AL.,

                    Defendants.
------------------------------------X
```
DEBORAH A. BATTS, United States District Judge.

   This matter is before the Court upon the March 26, 2014 Amended Report and Recommendation of United States Magistrate Judge Henry B. Pitman (the "Report"). Judge Pitman's Report recommends that this action be dismissed for failure to prosecute. (Report at 3.)

   "Within fourteen days after being served with a copy [of a Magistrate Judge's Report and Recommendation], a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2); accord 28 U.S.C. § 636(b)(1)(C). The district court may adopt those portions of the report to which no timely objection has been made, so long as there is no clear error on the face of the record. Wilds v. United Parcel Serv., Inc., 262 F.Supp.2d 163, 169 (S.D.N.Y.

2003).  "[F]ailure to object timely to a magistrate's report operates as a waiver of any further judicial review of the magistrate's decision."  <u>Caidor v. Onondaga County</u>, 517 F.3d 601, 604 (2d Cir. 2008) (<u>quoting</u> <u>Small v. Sec. of HHS</u>, 892 F.2d 15, 16 (2d Cir. 1989)).  This rule applies to <u>pro se</u> parties so long as the magistrate's report "explicitly states that failure to object to the report within [fourteen (14)] days will preclude appellate review..."  <u>Small</u>, 892 F.2d at 16.

Despite being advised of the procedure for filing objections in Judge Pitman's Report, and warned that failure to file objections would waive objections and preclude appellate review, (Report at 3-4), Plaintiff has filed no objections to the Report.  Nor has any other Party filed objections to the Report.

Having reviewed the Report, and finding no clear error on the face of the record, <u>see</u> 28 U.S.C. § 636(b)(1)(B), it is hereby ORDERED AND ADJUDGED that the Amended Report and Recommendation of United States Magistrate Judge Henry B. Pitman, dated March 26, 2014, be and the same hereby is APPROVED, ADOPTED, and RATIFIED by the Court in its entirety. This action is hereby DISMISSED for failure to prosecute.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith, and therefore <u>in forma pauperis</u> status is denied for the purpose of an appeal.  See <u>Coppedge v. United States</u>, 369 U.S. 438, 444-45 (1962).

**The Clerk of Court is directed to close the docket in this matter.**


**SO ORDERED.**

**Dated:    May 8, 2014
           New York, New York**

*Deborah A. Batts* (signature)
Deborah A. Batts
United States District Judge

3